IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00580-MSK-MEH

NAVIGATORS INSURANCE COMPANY, and
NAVIGATORS SPECIALTY INSURANCE COMPANY,

    Plaintiffs,

v.

STEVEN A. HANSEN,
HANSEN CONSTRUCTION, INC.,
VAUGHAN COUNTS,
THISHA MCBRIDE,
CHARLIE LAWSON,
SARAHLIZ LAWSON,
STEPHANIE MOSHER,
STEVEN NEW,
KORI NEW,
CRAIG WILLIS,
PAMELA WILLIS,
HELEN KORNREICH,
KURT KORNREICH,
KORNREICH 1981 TRUST, The
JAMES VIDAKOVICH REVOCABLE TRUST,
JAMES VIDAKOVICH,
GARY GRAY,
MICHAEL CRYAN,
BRIAN ALONGE,
ANDRE PONTIN,
JULIE PONTIN,
PATRICK M. NESBITT,
DAVID ICE,
LISA ICE,
RICHARD MOORE,
DANIEL HOCK,
TONI HOCK,
J. CHRISTINE AMINI,
NEIL ROSS,
SOHRAB AMINI,
SOHRAB AMINI TRUST, The
JOSEPH DAVIS,
KRISTIN DAVIS,
TINA ROCHOWIAK,

MICHAEL ROCHOWIAK,
MARTIN ROCHOWIAK,
JAMIE PROUGH,
CHADWICK MISKSCHL, and
SARAH MISKSCHL,

    Defendants.

---

## MINUTE ORDER
---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 27, 2015.**

    For good cause shown, the Joint Motion to Bifurcate Defendant Steven Hansen and Hansen Construction's Counterclaims for Pretrial Proceedings [filed October 26, 2015; docket #30] is **granted** as follows. The Plaintiffs and Defendants Steven Hansen and Hansen Construction shall file (and submit to Chambers in useable format) a proposed Amended Scheduling Order consistent with the bifurcated discovery plan set forth in the motion.

    Also, in light of Plaintiff's Notice of Withdrawal [docket #31], the Plaintiffs' Motion to Bifurcate Defendant Steven Hansen and Hansen Construction's Counterclaims [filed October 2, 2015; docket #26] is **withdrawn**.